No. 222. PENSICK & GORDON, INC., v. CALIFORNIA MOTOR EXPRESS ET AL. The joint motion to recall and amend the judgment of this Court is granted. It is ordered that the certified copy of the judgment sent to the District Court be recalled and that such judgment be vacated. It is further ordered that the order entered in this case on December 3, 1962, 371 U. S. 184, is amended to provide for a remand of the case to the United States Court of Appeals for the Ninth Circuit. *Carl M. Gould* for petitioner. *Theodore W. Russell, George Catlin, Walt A. Steiger* and *Joseph P. Loeb* for respondents.

No. 229. GUTIERREZ v. WATERMAN STEAMSHIP CORP. Certiorari, 371 U. S. 810, to the United States Court of Appeals for the First Circuit. The motion of Ellerman & Bucknall Steamship Co., Ltd., et al. for leave to file a brief, as *amici curiae,* is granted. *T. E. Byrne, Jr.* and *Mark D. Alspach* on the motion.

No. 271. DAVIS, TRUSTEE, v. SOJA, INTERNAL REVENUE AGENT. Certiorari, 371 U. S. 810, to the United States Court of Appeals for the Seventh Circuit. The joint motion to postpone the oral argument is granted. *Walter J. Rockler* for petitioner. *Solicitor General Cox* for respondent.

No. 782, Misc. WOOTEN v. BOMAR, WARDEN;
No. 807, Misc. CRAIG v. UNITED STATES;
No. 818, Misc. RINE v. BOLES, WARDEN; and
No. 820, Misc. MACFADDEN v. CALIFORNIA ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 682, Misc. SULLIVAN v. HEINZE, WARDEN. Motion for leave to file petition for writ of habeas corpus and for other relief denied.